IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MILLER )<br>)<br>)<br>)<br>Plaintiff(s) )<br>v. )<br>)<br>)<br>FAMILY RESOURCES )<br>)<br>Defendant(s) ) | Civil Action No. 2:19-cv-00648 |

## REPORT OF NEUTRAL

A  mediation  session was held in the above captioned matter on  October 15, 2019 .

The case (please check one):
     X  has resolved
    ____ has resolved in part (see below)
    ____ has not resolved.

The parties request that a follow up conference with the Court should be scheduled within ____ days.

If the case has resolved in part, please indicate the part that has resolved and/or the claim(s)/parties that remain.

_____

_____

Dated: October 16, 2019          /s Kenneth J. Benson
                                                 Signature of Neutral

Rev. 09/11