IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CAROLYN MILLER,<br><br>Plaintiff,<br><br>v.<br><br>FAMILY RESOURCES,<br><br>Defendant. | CIVIL DIVISION<br><br>No. 2:19-cv-00648-CB |

## STIPULATION FOR DISMISSAL

The parties to this action, by and through their undersigned counsel record, hereby stipulate to the dismissal of this action with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1).

Respectfully submitted,

| | |
|---|---|
| DOLFI LAW PC | JACKSON LEWIS P.C. |
| s/ Erin J. Dolfi<br>Erin J. Dolfi, Esquire<br>PA Id. No. 86472<br>1100 Washington Avenue, Suite 206<br>Pittsburgh, PA 15106<br>(412)227-9724 (telephone)<br>(412)489-5768 (facsimile)<br>edolfi@dolfilawpc.com<br>*Attorney for Plaintiff* | s/ Laura C. Bunting<br>Laura C. Bunting, Esquire<br>PA Id. No. 307274<br>1001 Liberty Avenue, Suite 1000<br>Pittsburgh, PA 15222<br>(412) 232-0404<br>(412) 232-3441 (facsimile)<br>Laura.Bunting@jacksonlewis.com<br>*Attorney for Defendant* |

IT IS SO ORDERED:

_____
Honorable Cathy Bissoon